pellate Division, Fourth Department. October 19, 1907.) Action by Hiram Swezey against the village of Batavia. No opinion. Motion for leave to the Court of Appeals granted. Order to be settled and questions certified before Mr. Justice ROBSON on two days' notice.

TALCOTT v. MORAN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by James Talcott against John A. Moran. No opinion. Motion granted, with $10 costs. Order filed.

TALLMAN, Appellant, v. E. F. GOODRICH CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Charles A. Tallman against the E. F. Goodrich Company of New York. No opinion. Judgment and order affirmed by default, with costs.

TAMBLIN et al., Respondents, v. DONELY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by James I. Tamblin and others against Frank Donely and others.

PER CURIAM. Motion to dismiss appeal as to John F. Donely and Frank Donely denied, with $10 costs and disbursements. Held that, in order to raise on the merits the question here presented, the attorneys for the respondents should have promptly notified the attorney for the appellants that he refused to recognize his notice of appeal for all defendants.

TANNER, Appellant, v. ECKHARDT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by F. J. Tanner, as receiver, etc., against John Eckhardt and others. No opinion. Judgment affirmed, with costs.

TAYLOR, Respondent, v. BENNINGTON CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Charles E. Taylor against the Bennington Construction Company. F. V. Johnson, for appellant. F. W. Park, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

TAYLOR, Respondent, v. KREISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Francis B. Taylor, as receiver, etc., against Stephen N. Kreischer. No opinion. Judgment of the County Court of Nassau county affirmed by default, with costs.

TAYLOR, Respondent, v. KREISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Francis B. Taylor, as receiver, etc., against Stephen N. Kreischer. No opinion. Motion to open default granted, on payment of

$10 costs to the respondent, and cause to be noticed for argument at the next term of this court.

TAYLOR, Respondent, v. LISMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Elizabeth R. Taylor against Anthony A. Lisman.

PER CURIAM. Judgment and order of the City Court of Mt. Vernon affirmed, with costs.

RICH, J., dissents, on the ground that the plaintiff has failed to establish by a fair preponderance of evidence that the defendant received an order to sell at 51½.

TAYLOR v. MUNRO. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Lester C. Taylor against Norma L. Munro. No opinion. Motion granted, with $10 costs. Order filed.

THOMAS, Respondent, v. STORM, et al., Appellants. (Supreme Court, Appellate Division. Second Department. October 4, 1907.) Action by Marian H. Thomas against George H. Storm and others. No opinion. Judgment and order unanimously affirmed, with costs.

THOMPSON v. CARPENTER et al. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by David A. Thompson against Jonathan M. Carpenter and others. No opinion. Order affirmed, with $10 costs and disbursements.

THOMPSON, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Margaret Thompson against the city of Buffalo. No opinion. Order affirmed, with costs.

TIFFANY, Respondent, v. ELLIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Henry C. Tiffany against John J. Ellis, impleaded with others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over, upon payment of the costs of the demurrer and of this appeal.

WILLIAMS, J., dissents. ROBSON, J., not sitting.

TOBIN, Appellant, v. QUENZER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Adaline Gertrude Tobin against Irene Quenzer and others. No opinion. Final order of the Municipal Court affirmed, with costs.

THOMPSON BONNEY CO., Respondent, v. I. S. VAN LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by the Thompson Bonney Company against the I. S. Van Loan Company. No opinion. Judgment of the Municipal Court affirmed, with costs.